No. 00–1030.   LEE *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 00–1146.   STEEL CO., AKA CHICAGO STEEL & PICKLING CO. *v.* CITIZENS FOR A BETTER ENVIRONMENT.   C. A. 7th Cir. Certiorari denied.

No. 00–1155.   BUTCHER ET VIR, CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF BUTCHER, DECEASED, ET AL. *v.* BLACHY ET AL.; and

No. 00–1345.   BLACHY ET AL. *v.* BUTCHER ET VIR, CO-PERSONAL REPRESENTATIVES OF THE ESTATE OF BUTCHER, DECEASED, ET AL.   C. A. 6th Cir.   Certiorari denied.   Reported below: 221 F. 3d 896.

No. 00–1159.   DOWNS *v.* LOS ANGELES UNIFIED SCHOOL DISTRICT.   C. A. 9th Cir.   Certiorari denied.

No. 00–1170.   HORNKOHL, DIRECTOR OF PUBLIC SAFETY FOR CITY OF MANISTEE, ET AL. *v.* BECK, PERSONAL REPRESENTATIVE OF THE ESTATE OF BECK, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 00–1180.   GARRISON, PERSONAL REPRESENTATIVE OF THE ESTATES OF GARRISON ET AL. *v.* POLISAR ET AL.   C. A. 10th Cir. Certiorari denied.

No. 00–1181.   ARIZONA *v.* HOWELL.   Ct. App. Ariz.   Certiorari denied.

No. 00–1240.   TRI-STATE COACH LINES, INC., ET AL. *v.* METROPOLITAN PIER AND EXPOSITION AUTHORITY.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 00–1330.   FRIEDEMANN *v.* MCCORMICK ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 00–1333.   MOORE ET AL. *v.* LYNAUGH, FORMER DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 00–1336.   KING *v.* OHIO.   Ct. App. Ohio, Medina County. Certiorari denied.